**Unula Boo Shawn ABEBE, a/k/a Unula B. Abebe, Plaintiff–Appellant,**

v.

**Lieutenant SCOTT; Karen McCullough; Sharonda Sutton; Lieutenant Hudson; Kenneth Parker; Robert Stevenson; Lula Johnson; Al Walker; Nurse Johnson; Lieutenant S. Jackson; Percy Jones; Lieutenant Carter; South Carolina; Willie Simmons; Lieutenant T. Johnson; Sergeant Devon Scott; Sergeant Fogal; Sergeant H. Wright; Sergeant J.C. Williams; Sergeant Glass; Sergeant Oakman; Sergeant R. Jones; Lieutenant Faley; Corporal Furgal; Corporal Dooley; Corporal Corey Beckett; Larry Catlidge; Jermaine McCoy; John En-**

glish; Clifton Davenport; M. Brady; Officer Mcdaniels; Officer Cox; Officer Stone; Officer Sorez; Officer Roberts; Officer Brown; John Irmo; J. Dixon; T. Edmond; Corporal Manley; Officer Hamleton; Officer Moses; Roselyn Elerby; Ann Hallman; Investigator Hurt; Sergeant T. Esterline; Officer Williams; Lieutenant R. Jefferson; Aaron Wilson; Officer Fant; Ofc Hardy; Ofc Grittle; Officer Ms. Cook; Officer Mr. Cook; Ofc Dickson; Doctor John B. Tomarchio; William Byars; Maurice Green, Defendants–Appellees.

No. 12–6452.

United States Court of Appeals, Fourth Circuit.

Submitted: July 26, 2012.

Decided: Aug. 1, 2012.

Unula Boo Shawn Abebe, Appellant Pro se. Mason Abram Summers, Richardson, Plowden & Robinson, PA, Columbia, South Carolina, for Appellees.

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Unula Boo Shawn Abebe seeks to appeal the magistrate judge's text order denying his motions for judicial notice and for relief from order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Abebe seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and deny as moot Abebe's motion for hearing en banc. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*